IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLARISSA FITZGERALD and CALEB BROCKER, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>A&S PACKERS AND MOVERS, LLC, a New Jersey Limited Liability Company,<br><br>　　　　Defendant. | 4:25-CV-3191<br><br>ORDER |

　　This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. Circumstances have recently arisen that could implicate the circumstances described in § 455(a), requiring my recusal.

　　IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

　　Dated this 18th day of December, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_John M. Gerrard_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　Senior United States District Judge